B 2100A Form (2100A) (12/15)

# United States Bankruptcy Court

### MIDDLE DISTRICT OF FLORIDA

In Re:                                                                                    Case No.  2301370
EDGAR CLARENCE GODFREY, III

NANCY JO GODFREY

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111 (a). Transferee hereby gives
evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim
referenced in this evidence and notice.

PRA Receivables Management, LLC., as agent of
Portfolio Recovery Associates, LLC
---------------------------------------------                              LendingClub Bank, NA
Name of Transferee                                                        ---------------------------------------------
                                                                                          Name of Transferor

Name and Address where notices to transferee                 Court Claim # (if known): 17
should be sent:                                                            Amount of Claim: $8,758.15
Portfolio Recovery Associates, LLC                                 Date Claim Filed: 01/19/2024
POB 41067
Norfolk, VA 23541

Phone: (877)829-8298                                                  Phone:
Last Four Digits of Acct #:  3585                                    Last Four Digits of Acct #: 3585

Name and Address where transferee payments                  Seller Information
should be sent (if different from above)                           LENDINGCLUB CORPORATION AS SERVICER
Portfolio Recovery Associates, LLC                                 FOR LENDINGCLUB BANK
POB 12914                                                                  595 MARKET STREET
Norfolk, VA 23541                                                       SUITE 200
                                                                                 SAN FRANCISCO CA 94105
Phone: (877)829-8298
Last Four Digits of Acct #: 3585

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my
knowledge and belief.

By: /s/ Alinecia Williams                                               Date: 2/6/2024
    ---------------------------------------------
        Transferee/Transferee's Agent
Email: Bankruptcy_Info@prareceivables.com

*Penalty for making a false statement*: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571

## BILL OF SALE

LendingClub Corporation, a Delaware corporation ("**LendingClub**") and Portfolio Recovery Associates, LLC, a Delaware limited liability company ("**Buyer**") executed a Chapter 13 Account Purchase Agreement – Forward Flow dated as of June 18, 2020 ("Agreement"). The terms of the Agreement will govern this Bill of Sale and any capitalized but undefined terms herein will have the meanings given to such terms in the Agreement.

For value received and in further consideration of the mutual covenants and conditions set forth in the Agreement, the Investors referenced in the data file named ▓▓▓▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓ hereby transfer(s), sell(s), conveys(s), grant(s), and deliver(s) to Buyer, its successors and assigns, without recourse except as set forth in the Agreement, to the extent of its ownership, the Accounts as set forth in the Account Schedule attached hereto as Exhibit I delivered by Seller to Buyer on the Closing Date, and as further described in the Agreement.

Pursuant to the Agreement, on January 30, 2024, the Closing Date, each Investor will sell (or cause to be sold) a pool of Accounts held by such Investors and described in the Account Schedule attached to this Bill of Sale.

LendingClub represents and warrants that each of the undersigned (other than LendingClub) has authorized LendingClub to execute this Bill of Sale on their behalf and take any action and execute any instruments or documents that LendingClub may deem reasonably necessary or advisable in connection with the transfers contemplated thereby.

Lot Number:          24-106

Total Unpaid Balance:  ▓▓▓▓▓▓▓▓▓▓

Number of Accounts:   ▓▓

DATED: January 30, 2024

LC Legal Reviewed

SELLER: LC Trust I

By: LENDINGCLUB CORPORATION, as Administrator

By: _Drew LaBenne_____
Name (print): Andrew LaBenne
Title: Chief Financial Officer

SELLER: LendingClub Corporation

By: _Drew LaBenne_____
Name (print): Andrew LaBenne
Title: Chief Financial Officer

SELLER: Alliant Credit Union

By: LENDINGCLUB CORPORATION, as Administrator

By: *Drew LaBenne*
Name (print): Andrew LaBenne
Title: Chief Financial Officer

SELLER: Anchor Bank

By: *Drew LaBenne*
Name (print): Andrew LaBenne
Title: Chief Financial Officer

SELLER: Banco Popular de Puerto Rico

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: *Drew LaBenne*
Name (print): Andrew LaBenne
Title: Chief Financial Officer

SELLER: BankNewport

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: *Drew LaBenne*
Name (print): Andrew LaBenne
Title: Chief Financial Officer

SELLER: Callune Participations S.a.r.l.

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: *Drew LaBenne*
Name (print): Andrew LaBenne
Title: Chief Financial Officer

SELLER: Capital Community Bank

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: *Drew LaBenne*
Name (print): Andrew LaBenne
Title: Chief Financial Officer

SELLER: Carter Bank & Trust

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: _Drew LaBenne_

Name (print): Andrew LaBenne
Title: Chief Financial Officer

SELLER: Central Pacific Bank

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: _Drew LaBenne_

Name (print): Andrew LaBenne
Title: Chief Financial Officer

SELLER: CIGPF I Corp.

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: _Drew LaBenne_

Name (print): Andrew LaBenne
Title: Chief Financial Officer

SELLER: CML Borrower Trust

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: _Drew LaBenne_

Name (print): Andrew LaBenne
Title: Chief Financial Officer

SELLER: Consumer Loan Underlying Bond (CLUB)
Certificate Issuer Trust I, Series 2019-48

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: _Drew LaBenne_

Name (print): Andrew LaBenne
Title: Chief Financial Officer

SELLER: Consumer Loan Underlying Bond (CLUB)
Credit Trust 2020-P1

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: _Drew LaBenne_

Name (print): Andrew LaBenne
Title: Chief Financial Officer

SELLER: Consumer Loan Underlying Bond (CLUB)
Grantor Trust 2019-HP1

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: *Drew LaBenne*
Name (print): Andrew LaBenne
Title: Chief Financial Officer

SELLER: Consumer Loan Underlying Bond (CLUB)
Grantor Trust 2019-P1

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: *Drew LaBenne*
Name (print): Andrew LaBenne
Title: Chief Financial Officer

SELLER: Consumer Loan Underlying Bond (CLUB)
Grantor Trust 2019-P2

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: *Drew LaBenne*
Name (print): Andrew LaBenne
Title: Chief Financial Officer

SELLER: Deerwood Bank

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: *Drew LaBenne*
Name (print): Andrew LaBenne
Title: Chief Financial Officer

SELLER: DL Investment Sarl, Compartment
Moonstone 1

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: *Drew LaBenne*
Name (print): Andrew LaBenne
Title: Chief Financial Officer

SELLER: Dynamic Credit Loan Investment DAC

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: *Drew LaBenne*
Name (print): Andrew LaBenne
Title: Chief Financial Officer

SELLER: Edge Focus High Yield Fund, LP

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: _Drew LaBenne_
Name (print): Andrew LaBenne
Title: Chief Financial Officer

SELLER: Edge Focus Warehouse I

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: _Drew LaBenne_
Name (print): Andrew LaBenne
Title: Chief Financial Officer

SELLER: Fasanara Apex I

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: _Drew LaBenne_
Name (print): Andrew LaBenne
Title: Chief Financial Officer

SELLER: Fasanara Apex III

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: _Drew LaBenne_
Name (print): Andrew LaBenne
Title: Chief Financial Officer

SELLER: Forbright Bank

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: _Drew LaBenne_
Name (print): Andrew LaBenne
Title: Chief Financial Officer

SELLER: HCG Consumer Credit II Trust

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: _Drew LaBenne_
Name (print): Andrew LaBenne
Title: Chief Financial Officer

SELLER: HCL Trust I

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: _Drew LaBenne_____

Name (print): Andrew LaBenne
Title: Chief Financial Officer

SELLER: IBI 2023-1

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: _Drew LaBenne_____

Name (print): Andrew LaBenne
Title: Chief Financial Officer

SELLER: IBI Consumer Credit, LP

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: _Drew LaBenne_____

Name (print): Andrew LaBenne
Title: Chief Financial Officer

SELLER: ILA Capital Trust

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: _Drew LaBenne_____

Name (print): Andrew LaBenne
Title: Chief Financial Officer

SELLER: Katla Ventures Trust

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: _Drew LaBenne_____

Name (print): Andrew LaBenne
Title: Chief Financial Officer

SELLER: LendingClub Bank

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: _Drew LaBenne_____

Name (print): Andrew LaBenne
Title: Chief Financial Officer

SELLER: LendingClub Loan Certificate Issuer
Trust, Series 2021-NP1

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: _Drew LaBenne_
Name (print): Andrew LaBenne
Title: Chief Financial Officer

SELLER: LendingClub Loan Certificate Issuer
Trust, Series 2022-LCX2

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: _Drew LaBenne_
Name (print): Andrew LaBenne
Title: Chief Financial Officer

SELLER: LendingClub Loan Certificate Issuer
Trust, Series 2022-NP1

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: _Drew LaBenne_
Name (print): Andrew LaBenne
Title: Chief Financial Officer

SELLER: LendingClub Loan Certificate Issuer
Trust, Series 2022-NP2

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: _Drew LaBenne_
Name (print): Andrew LaBenne
Title: Chief Financial Officer

SELLER: LendingClub Loan Certificate Issuer
Trust, Series 2022-NP5

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: _Drew LaBenne_
Name (print): Andrew LaBenne
Title: Chief Financial Officer

SELLER: LendingClub Loan Certificate Issuer
Trust, Series 2022-P1

By: **LENDINGCLUB CORPORATION**, as attorney-in-fact

By: _Drew LaBenne_

Name (print): Andrew LaBenne
Title: Chief Financial Officer

SELLER: LendingClub Loan Certificate Issuer
Trust, Series 2022-P2

By: **LENDINGCLUB CORPORATION**, as attorney-in-fact

By: _Drew LaBenne_

Name (print): Andrew LaBenne
Title: Chief Financial Officer

SELLER: LendingClub Loan Certificate Issuer
Trust, Series 2022-P4

By: **LENDINGCLUB CORPORATION**, as attorney-in-fact

By: _Drew LaBenne_

Name (print): Andrew LaBenne
Title: Chief Financial Officer

SELLER: LendingClub Loan Certificate Issuer
Trust, Series 2022-P5

By: **LENDINGCLUB CORPORATION**, as attorney-in-fact

By: _Drew LaBenne_

Name (print): Andrew LaBenne
Title: Chief Financial Officer

SELLER: LendingClub Receivables Trust, Series
2019-3

By: **LENDINGCLUB CORPORATION**, as attorney-in-fact

By: _Drew LaBenne_

Name (print): Andrew LaBenne
Title: Chief Financial Officer

SELLER: LendingClub Receivables Trust, Series 2019-6

By: **LENDINGCLUB CORPORATION**, as attorney-in-fact

By: *Drew LaBenne*
Name (print): Andrew LaBenne
Title: Chief Financial Officer

SELLER: LendingClub Receivables Trust, Series 2019-7

By: **LENDINGCLUB CORPORATION**, as attorney-in-fact

By: *Drew LaBenne*
Name (print): Andrew LaBenne
Title: Chief Financial Officer

SELLER: LendingClub Structured Loan Certificate Issuer Trust, Series 2023-P10

By: **LENDINGCLUB CORPORATION**, as attorney-in-fact

By: *Drew LaBenne*
Name (print): Andrew LaBenne
Title: Chief Financial Officer

SELLER: LendingClub Structured Loan Certificate Issuer Trust, Series 2023-P7

By: **LENDINGCLUB CORPORATION**, as attorney-in-fact

By: *Drew LaBenne*
Name (print): Andrew LaBenne
Title: Chief Financial Officer

SELLER: Leo Acquisitions OV Trust

By: **LENDINGCLUB CORPORATION**, as attorney-in-fact

By: *Drew LaBenne*
Name (print): Andrew LaBenne
Title: Chief Financial Officer

SELLER: Libra Acquisitions OV Trust

By: **LENDINGCLUB CORPORATION**, as attorney-in-fact

By: *Drew LaBenne*
Name (print): Andrew LaBenne
Title: Chief Financial Officer

SELLER: Loan Asset Issuer II LLC, Series 2023-1

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: _Drew LaBenne_
Name (print): Andrew LaBenne
Title: Chief Financial Officer

SELLER: Lynx 1 Note Issuer Trust

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: _Drew LaBenne_
Name (print): Andrew LaBenne
Title: Chief Financial Officer

SELLER: Lyric Acquisitions OV Trust

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: _Drew LaBenne_
Name (print): Andrew LaBenne
Title: Chief Financial Officer

SELLER: MountainOne Bank

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: _Drew LaBenne_
Name (print): Andrew LaBenne
Title: Chief Financial Officer

SELLER: MPLI Capital Holdings

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: _Drew LaBenne_
Name (print): Andrew LaBenne
Title: Chief Financial Officer

SELLER: NBSF Canada 2021 Trust, Series 2021-1

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: _Drew LaBenne_
Name (print): Andrew LaBenne
Title: Chief Financial Officer

SELLER: NBSF II 2021 Trust, Series 2021-1

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: _Drew LaBenne_
Name (print): Andrew LaBenne
Title: Chief Financial Officer

SELLER: NBT Bank, National Association

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: _Drew LaBenne_
Name (print): Andrew LaBenne
Title: Chief Financial Officer

SELLER: Oceanview LC Acquisition Trust

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: _Drew LaBenne_
Name (print): Andrew LaBenne
Title: Chief Financial Officer

SELLER: Pagaya AI Debt Grantor Trust 2021-4

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: _Drew LaBenne_
Name (print): Andrew LaBenne
Title: Chief Financial Officer

SELLER: Pagaya AI Debt Grantor Trust 2022-1

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: _Drew LaBenne_
Name (print): Andrew LaBenne
Title: Chief Financial Officer

SELLER: Pagaya AI Debt Grantor Trust 2022-2

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: _Drew LaBenne_
Name (print): Andrew LaBenne
Title: Chief Financial Officer

SELLER: Pagaya AI Debt Grantor Trust 2022-3

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: _Drew LaBenne_____
Name (print): Andrew LaBenne
Title: Chief Financial Officer

SELLER: Pagaya AI Debt Grantor Trust 2022-4

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: _Drew LaBenne_____
Name (print): Andrew LaBenne
Title: Chief Financial Officer

SELLER: Pagaya AI Debt Grantor Trust 2022-6

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: _Drew LaBenne_____
Name (print): Andrew LaBenne
Title: Chief Financial Officer

SELLER: Pagaya AI Debt Grantor Trust 2023-1

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: _Drew LaBenne_____
Name (print): Andrew LaBenne
Title: Chief Financial Officer

SELLER: Pagaya AI Debt Grantor Trust 2023-2

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: _Drew LaBenne_____
Name (print): Andrew LaBenne
Title: Chief Financial Officer

SELLER: Pagaya AI Debt Grantor Trust 2023-3

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: _Drew LaBenne_____
Name (print): Andrew LaBenne
Title: Chief Financial Officer

SELLER: Pagaya AI Debt Selection Grantor Trust 2019-3

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: Drew LaBenne

Name (print): Andrew LaBenne
Title: Chief Financial Officer

SELLER: Pagaya AI Debt Selection Grantor Trust 2020-1

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: Drew LaBenne

Name (print): Andrew LaBenne
Title: Chief Financial Officer

SELLER: Pagaya AI Debt Selection Grantor Trust 2021-1

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: Drew LaBenne

Name (print): Andrew LaBenne
Title: Chief Financial Officer

SELLER: Pagaya AI Debt Selection Grantor Trust 2021-2

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: Drew LaBenne

Name (print): Andrew LaBenne
Title: Chief Financial Officer

SELLER: Pagaya AI Debt Selection Grantor Trust 2021-3

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: Drew LaBenne

Name (print): Andrew LaBenne
Title: Chief Financial Officer

SELLER: Pagaya Funding Trust

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: *Drew LaBenne*
Name (print): Andrew LaBenne
Title: Chief Financial Officer

SELLER: Phoenix Value P2P, LP

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: *Drew LaBenne*
Name (print): Andrew LaBenne
Title: Chief Financial Officer

SELLER: Popular Bank

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: *Drew LaBenne*
Name (print): Andrew LaBenne
Title: Chief Financial Officer

SELLER: Prime Meridian Income Fund, LP

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: *Drew LaBenne*
Name (print): Andrew LaBenne
Title: Chief Financial Officer

SELLER: Santander Bank, N.A.

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: *Drew LaBenne*
Name (print): Andrew LaBenne
Title: Chief Financial Officer

SELLER: Sierra Trust

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: *Drew LaBenne*
Name (print): Andrew LaBenne
Title: Chief Financial Officer

SELLER: SPC Receivables Funding II Trust

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: *Drew LaBenne*

Name (print): Andrew LaBenne
Title: Chief Financial Officer

SELLER: Theorem Grantor Trust 2021-1

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: *Drew LaBenne*

Name (print): Andrew LaBenne
Title: Chief Financial Officer

SELLER: Theorem Grantor Trust 2022-1

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: *Drew LaBenne*

Name (print): Andrew LaBenne
Title: Chief Financial Officer

SELLER: Theorem Grantor Trust 2022-2

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: *Drew LaBenne*

Name (print): Andrew LaBenne
Title: Chief Financial Officer

SELLER: Theorem Grantor Trust 2022-3

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: *Drew LaBenne*

Name (print): Andrew LaBenne
Title: Chief Financial Officer

SELLER: Theorem Grantor Trust 2023-1

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: *Drew LaBenne*

Name (print): Andrew LaBenne
Title: Chief Financial Officer

SELLER: Theorem GS Term Loan Grantor Trust I

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: _Drew LaBenne_
Name (print): Andrew LaBenne
Title: Chief Financial Officer

SELLER: Theorem Main Fund Trust I

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: _Drew LaBenne_
Name (print): Andrew LaBenne
Title: Chief Financial Officer

SELLER: UMB Bank, NA, as the Ttee of MPL Trust I

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: _Drew LaBenne_
Name (print): Andrew LaBenne
Title: Chief Financial Officer

SELLER: UMB Bank, NA, as the Ttee of PML Trust I

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: _Drew LaBenne_
Name (print): Andrew LaBenne
Title: Chief Financial Officer

SELLER: Wilmington Savings Fund Society FSB Loan Asset Holdings Trust 2020-1

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: _Drew LaBenne_
Name (print): Andrew LaBenne
Title: Chief Financial Officer

SELLER: Wilmington Savings Fund Society, FSB, as the Ttee for Alternative Lending Holdings Trust III

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: *Drew LaBenne*

Name (print):_Andrew LaBenne
Title: Chief Financial Officer

SELLER: Wilmington Savings Fund Society, FSB, as the Ttee for Alternative Lending Holdings Trust III

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: *Drew LaBenne*

Name (print):_Andrew LaBenne
Title: Chief Financial Officer

SELLER: Wilmington Savings Fund Society, FSB, as the Ttee for Diversified Alternatives Holdings Trust

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: *Drew LaBenne*

Name (print):_Andrew LaBenne
Title: Chief Financial Officer

SELLER: Wilmington Savings Fund Society, FSB, as the Ttee for Loan Asset Holdings II Trust 2020-1

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: *Drew LaBenne*

Name (print):_Andrew LaBenne
Title: Chief Financial Officer

SELLER: Wilmington Savings Fund Society, FSB, as the Ttee for Loan Asset Holdings II Trust 2021-1

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: *Drew LaBenne*

Name (print):_Andrew LaBenne
Title: Chief Financial Officer

SELLER: Wilmington Savings Fund Society, FSB, as the Ttee for Loan Asset Holdings Trust 2020-2

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: _____

Drew LaBenne

Name (print): Andrew LaBenne

Title: Chief Financial Officer


SELLER: Wilmington Savings Fund Society, FSB, as the Ttee for Loan Asset Holdings Trust 2020-3

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: _____

Drew LaBenne

Name (print): Andrew LaBenne

Title: Chief Financial Officer


SELLER: Wilmington Savings Fund Society, FSB, as the Ttee for Loan Asset Holdings Trust II 2022-1

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: _____

Drew LaBenne

Name (print): Andrew LaBenne

Title: Chief Financial Officer


SELLER: Wilmington Savings Fund Society, FSB, as the Ttee of Alternative Lending Holdings Trust

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: _____

Drew LaBenne

Name (print): Andrew LaBenne

Title: Chief Financial Officer


SELLER: Wilmington Savings Fund Society, FSB, as the Ttee of Alternative Lending Holdings Trust II

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: _____

Drew LaBenne

Name (print): Andrew LaBenne

Title: Chief Financial Officer

SELLER: Wilmington Savings Fund Society, FSB, as the Ttee of Alternative Lending Holdings Trust IV

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: _Drew LaBenne_____
Name (print): Andrew LaBenne
Title: Chief Financial Officer

SELLER: Wilmington Savings Fund Society, FSB, as the Ttee of Alternative Lending Holdings Trust V

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: _Drew LaBenne_____
Name (print): Andrew LaBenne
Title: Chief Financial Officer

SELLER: Wilmington Savings Fund Society, FSB, as Ttee for Loan Asset Holdings Trust 2021 M-1

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: _Drew LaBenne_____
Name (print): Andrew LaBenne
Title: Chief Financial Officer

SELLER: Wilmington Savings Fund Society, FSB, as Ttee for Loan Asset Holdings Trust 2021 M-2

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: _Drew LaBenne_____
Name (print): Andrew LaBenne
Title: Chief Financial Officer

SELLER: Wilmington Savings Fund Society, FSB, as Ttee of Loan Asset Holdings Trust 2020 M-1

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: _Drew LaBenne_____
Name (print): Andrew LaBenne
Title: Chief Financial Officer

SELLER: Wilmington Savings Fund Society, FSB,
Loan Asset Holdings Trust 2020-1

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: _Drew LaBenne_____

Name (print): Andrew LaBenne

Title: Chief Financial Officer