

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

04/03/2025 02:15 PM

COURTROOM Room 4-102

**HONORABLE CARYL DELANO**

| CASE NUMBER: | | FILING DATE: |
|---|---|---|
| 2:23-bk-01370-FMD | 13 | 11/15/2023 |

**Chapter 13**

| **DEBTOR:** | Edgar Godfrey |
| | Nancy Godfrey |
| **DEBTOR ATTY:** | Benjamin Martin |
| **TRUSTEE:** | Jon Waage |

**HEARING:**

Continued Motion to Sever Case. (Verify Fee) Filed by Benjamin G Martin on behalf of Joint Debtor Nancy Jo Godfrey Doc #42

**APPEARANCES::** Jonathan Bierfeld, Michael Cecil

**WITNESSES:**

**EVIDENCE:**

**RULING:**
Continued Motion to Sever Case. (Verify Fee) Filed by Benjamin G Martin on behalf of Joint Debtor Nancy Jo Godfrey Doc #42 - Continued to 6/5/2025 at 1:35 pm, Announced in Open Court No Further Notice Given
Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Failure to submit proposed orders before this case/adversary proceeding is closed will result in motions/objections/applications being denied as moot. This docket entry/document is not an official order of the Court.