UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYER  DIVISION

In re:

EDGAR C. GODFREY
NANCY J. GODFREY                              Case No.: 2:23-bk- 1370-FMD

Debtors

_____/

### DEBTOR, NANCY GODFREY'S,  OBJECTION TO PROOF OF CLAIM OF DEPT. OF THE TREASURY - INTERNAL REVENUE SERVICE, CLAIM NO. 2-2

NOTICE OF OPPORTUNITY
TO OBJECT AND REQUEST FOR HEARING

  If you object to the relief requested in this paper you must file a response with the Clerk of Court at Sam M. Gibbons U.S. Courthouse, 801 N. Florida Avenue, Suite 555, Tampa, FL 33602-3899 within thirty (30) days from the date of the attached proof of service, plus an additional three days if this paper was served on any party by U.S. Mail

  If you file and serve a response within the time permitted, the Court will either notify you of a hearing date or the Court will consider the response and grant or deny the relief required in this paper without a hearing. If you do not file a response within the time permitted, the Court will consider that you do not oppose the relief requested in the paper, and the Court may grant or deny the relief requested without further notice of hearing.

  You should read these papers carefully and discuss them with your attorney if you have one. If the paper is an objection to your claim in this bankruptcy case, your claim may be reduced, modified, or eliminated if you do not timely file and serve a response.

       COMES NOW, the debtor, NANCY GODFREY, by and through the undersigned attorney, and pursuant to F.R.B.P. 3007 and 9014 objects to the Proof of Claim of  DEPARTMENT OF THE TREASURY - INTERNAL REVENUE SERVICE,  Claim, No. 2-2,  filed on August 19, 2025 in the amount of $256,841.49 and states as grounds the following:

       1.  The claim is unenforceable as a claim against the Debtor, Nancy Godfrey, or property of Nancy Godfrey, under any agreement or applicable law.

2.  The amounts asserted by the Internal Revenue Service and the tax periods for which it asserts those amounts in the Proof of Claim are an obligation of Edgar Godfrey only.

WHEREFORE, the debtor respectfully requests this Honorable Court to disallow the proof of claim filed by the Internal Revenue Service and order such other and further relief as is just and proper.

Dated this 2nd day of June, 2025.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of this Objection to Claim has been served electronically or by first class United States mail postage prepaid to the United States Trustee, 501 E. Polk Street, Suite 1200, Tampa, Florida 33602; Chapter 13 Trustee, Jon M. Waage, P.O. Box 25001, Bradenton, FL 34206-5001; Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346; Department of the Treasury, Internal Revenue Service, Attn: Jean Bennett, Bankruptcy Specialist, 400 West Bay Street, M/S 5730, Jacksonville, FL 32202; United States Department of Justice, U.S. Attorney General, 950 Pennsylvania Avenue NW, Washington, D.C. 20530; United States Attorney, Attn.: Civil Process Clerk, 400 N. Tampa Street, Suite 3200, Tampa, Florida 33602; and the Debtor, Nancy Godfrey, 510 Via Cintia, Punta Gorda FL 33952 on this 2nd day of June 2025.

/s/ Benjamin G. Martin
Benjamin G. Martin
Attorney at Law
3131 S. Tamiami Trail., Ste. 101
Sarasota, Florida 34239
(941) 951-6166
Florida Bar No. 464661
skipmartin@verizon.net