UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYER  DIVISION

In re:

EDGAR C. GODFREY
NANCY J. GODFREY                                        Case No.: 2:23-bk- 01370-FMD

Debtors

_____/


**DEBTOR, NANCY GODFREY'S, OBJECTION TO PROOF OF CLAIM
OF WELLS FARGO BANK, N.A, PROOF OF CLAIM NO. 4-1**

---

NOTICE OF OPPORTUNITY
TO OBJECT AND REQUEST FOR HEARING

   If you object to the relief requested in this paper you must file a response with the Clerk of Court at Sam M. Gibbons U.S. Courthouse, 801 N. Florida Avenue, Suite 555, Tampa, FL 33602-3899 within thirty (30) days from the date of the attached proof of service, plus an additional three days if this paper was served on any party by U.S. Mail

   If you file and serve a response within the time permitted, the Court will either notify you or a hearing date of the Court will consider the response and grant or deny the relief required in this paper without a hearing. If you do not file a response within the time permitted, the Court will consider that you do not oppose the relief requested in the paper, and the Court may grant or deny the relief requested without further notice of hearing.

   **You should read these papers carefully and discuss them with your attorney if you have one. If the paper is an objection to your claim in this bankruptcy case, your claim may be reduced, modified, or eliminated if you do not timely file and serve a response.**

---

COMES NOW, the Debtor, NANCY J. GODFREY,  by and through the undersigned attorney, and pursuant to F.R.B.P. 3007 and 9014, objects to the Proof of Claim of Wells Fargo Bank, N.A., Claim No. 4-1 in the amount of $4,403.70, and states as grounds the following:

1.  This claim is asserted as an unsecured claim.

2.   The claim is unenforceable as a claim against the Debtor, Nancy Godfrey, or property of Nancy Godfrey, under any agreement or applicable law.

3.   The claim is unenforceable against the Debtor because the obligation is an obligation of Coastal Resources Staffing and/or Edgar Godfrey only.

WHEREFORE, the Debtor  respectfully requests  this Honorable Court  to disallow this Proof of Claim, and to order such other and further relief as is just and proper.

Dated this  2nd  day of June, 2025.


## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of this Objection to Proof of Claim of Wells Fargo Bank, N.A.  Claim No. 4-1 has been served electronically or by regular U.S. mail to the United States Trustee, 501 E. Polk Street, Suite 1200, Tampa, Florida 33602; Chapter 13 Trustee, Jon M. Waage, P.O. Box 25001, Bradenton, FL 34206-5001;  Wells Fargo Bank, N.A., P.O. Box 29482 MAC S4101-08C, Phoenix, AZ 85038;   Wells Fargo Bank, N.A., Attn: Senior Bankruptcy Processor, P.O. Box 29482 MAC  S4101-08C, Phoenix, AZ 85038; Wells Fargo Bank, N.A., c/o Registered Agent, Corporation Service Company, 1201 Hays Street, Tallahassee, FL 32301; the Debtor, Nancy Godfrey, 510 Via Cintia, Punta Gorda  FL 33952; and  by  certified U.S. Mail to Wells Fargo Bank, N.A., c/o Charles W. Scharf, President, Wells Fargo Bank, N.A., 420 Montgomery St., San Francisco, CA 94163  on this day of  2nd  day of June, 2025.

/s/ Benjamin G. Martin
Benjamin G. Martin
Attorney at Law
3131 S. Tamiami Trail. Suite 101
Sarasota, Florida 34239
(941) 951-6166
Florida Bar No. 464661
skipmartin@verizon.net