UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYER DIVISION

In re:

EDGAR C. GODFREY
NANCY J. GODFREY                                       Case No.: 2:23-bk- 01370-FMD

Debtors
_____/

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that a true copy of the Amended Summary of Assets and Liabilities and Amended Schedule C have been served has been served electronically or by regular U.S. mail to the United States Trustee, 501 E. Polk Street, Suite 1200, Tampa, Florida 33602; Chapter 13 Trustee, Jon Waage, P.O. Box 25001, Bradenton, FL 34206-5001; the Debtor, Nancy Godfrey, 510 Via Cintia, Punta Gorda FL 33952; and all creditors on the attached mailing matrix on this 3rd of June, 2025

        /s/ Benjamin G. Martin
        Benjamin G. Martin
        Attorney at Law
        3131 S. Tamiamai Trail, Suite 101
        Sarasota, Florida 34239
        (941) 951-6166
        Florida Bar No. 464661
        skipmartin@verizon.net