| | | |
|---|---|---|
| Label Matrix for local noticing<br>113A-2<br>Case 2:23-bk-01370-FMD<br>Middle District of Florida<br>Ft. Myers<br>Tue Jun  3 16:45:57 EDT 2025 | ACAR Leasing Ltd. d/b/a GM Financial Leasing<br>P O Box 183853<br>Arlington, TX 76096-3853 | Acar Leasing Ltd, Inc., D/B/A Gm Financial L<br>4000 Embarcadero Drive<br>Arlington, TX 76014-4101 |
| Caryl E. Delano<br>Tampa<br>, FL | Edgar Clarence Godfrey III<br>510 Via Cintia<br>Punta Gorda, FL 33950-5253 | Nancy Jo Godfrey<br>510 Via Cintia<br>Punta Gorda, FL 33950-5253 |
| (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | PRA  Receivables Management LLC<br>POB 41067<br>Norfolk, VA 23541-1067 | SouthState Bank, N.A.<br>c/o Nicole Mariani Noel<br>P.O. Box 800<br>Tampa, FL 33601-0800 |
| Kimberly Whelpley<br>8345 Palmetto Road<br>Edisto Island, SC 29438-6919 | ACAR Leasing Ltd. d/b/a GM Financial<br>P O Box 183853<br>Arlington, TX 76096-3853 | (p)AMERICAN HONDA FINANCE<br>P O BOX 168088<br>IRVING TX 75016-8088 |
| Bank of America<br>P.O. Box 851001<br>Dallas, TX 75285-1001 | Barclays Bank<br>P.O. Box 8802<br>Wilmington, DE 19899-8802 | CW Diamond<br>5306  Six Forks RD<br>Raleigh, NC 27609-4467 |
| Capital One<br>PO Box 30285<br>Salt Lake City, UT 84130-0285 | Capital One N.A.<br>by American InfoSource as agent<br>PO Box 71083<br>Charlotte, NC  28272-1083 | Churchill Group<br>4770 Duke Drive, Suite #190<br>Mason, OH 45040-9376 |
| CitiBank<br>PO Box 6500<br>Sioux Falls, SD 57117-6500 | Citibank, N.A.<br>5800 S Corporate Pl<br>Sioux Falls, SD  57108-5027 | Coastal Resource Staffing LLC<br>c/o Kimberly Whelpley, its Member<br>66 Hasell St.<br>Charleston, SC 29401-1616 |
| Covered Care<br>Westlake Portfolio Management<br>P O Box 847405<br>Los Angeles, CA 90084-4712 | Delta Capital<br>2802 N. 29 Ave<br>Hollywood, FL 33020-1506 | Department of Revenue<br>PO Box 6668<br>Tallahassee, FL 32314-6668 |
| (p)DIESEL FUNDING LLC<br>ATTN AVI GRUENSTEIN<br>633 NE 167TH STREET<br>STE 1205<br>NORTH MIAMI BEACH FL 33162-2449 | (p)DISCOVER FINANCIAL SERVICES LLC<br>PO BOX 3025<br>NEW ALBANY OH 43054-3025 | Discover Bank<br>P.O. Box 3025<br>New Albany, Oh 43054-3025 |
| Fox Capital Group<br>1145 S. 800 E.<br>Orem, UT 84097-7281 | Fuel Express Fleet<br>820 A Johnnie Dodds Blvd<br>Mount Pleasant, SC 29464-3158 | Fundamental Capital, LLC<br>20803 Biscayne Blvd. Suite 300<br>Aventura, FL 33180-1431 |

Green Sky Loan program
P.O. Box 2730
Alpharetta, GA 30023-2730

Greensky,LLC
3155 Royal Drive Suite 175
Alpharetta, GA 30022-2479

Internal Revenue Service
Centralized Insolvency Ops
PO Box 7346
Philadelphia, PA 19101-7346

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Intuit Out Scource
Jay Shaw & Richard James & Assoc.
4317  NE  Thurston Way  Suite 270
Vancouver, WA 98662-6673

Jennifer S. Ivey
66 Hasell Street
Charleston, SC 29401-1616

Kimberely Whelpley
C/o Ross A. Appel, Esq
2036 ewall Street
Mount Pleasant, SC 29464-3076

LVNV Funding, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Lending Club
595 Market Street
Suite 200
San Francisco, CA 94105-5839

LendingClub Bank, NA
P.O. BOX 884268
Los Angeles, CA 90088-4268

National Trench Safety
260 N Sam Huston Hwy W  #200
Houston, TX 77060

ODK Capital
175W  Jackson Blvd, Ste. 1000
Chicago, IL 60604-2863

ODK Capital, LLC
1400 Broadway
New York, NY 10018-5300

Pinnacle Business Funding
1777 Reisterstown Rd
Pikesville, MD 21208-1313

Plasticade
100 Howard Ave
Des Plaines, IL 60018-1958

(p)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

QBE Insurance
One QBE Way
Sun Prairie, WI 53596-0002

Site 20/20
24 Akerley Blvd #1
Dartmouth.  NS
B3B 1J3, Canada

Site 2020 Incorporated
c/o Michael C. O'Neill, Esq.
Hodgson Russ LLP
140 Pearl Street, Suite 100
Buffalo, NY 14202-4040

Site Safe Products
P O Box 4309
Leitchfield, KY 42755-4309

(p)DOVENMUEHLE MORTGAGE
1 CORPORATE DRIVE SUITE 360
LAKE ZURICH IL 60047-8945

Star Cleaning USA
12054 NW 98th Ave
Hialeah, FL 33018-2964

(p)SUNBELT RENTALS INC
ATTN BETH MONTGOMERY
1799 INNOVATION POINT
FORT MILL SC 29715-4556

Synchrony Bank
P O Box 71783
Philadelphia, PA 19176-1783

Synchrony Bank
by AIS InfoSource LP as agent
PO Box 4457
Houston, TX  77210-4457

(p)US BANK
PO BOX 5229
CINCINNATI OH 45201-5229

United States Trustee
501 E.Polk St., Ste 1200
Tampa, FL 33602-3945

Value Staffing Resource Group, LLC
800 Oak Ridge Tpke.  Ste A-500
Oak Ridge, TN 37830-6950

Wellen Capital
872 S. Milwaukee Ave
Libertyville, IL 60048-3227

Wells Fargo Bank Small Business Lending Divi
P.O. Box 29482 MAC S4101-08C
Phoenix, AZ 85038-9482

| | | |
|---|---|---|
| Wells Fargo Bank, N.A.<br>MACF2303036<br>PO Box 5129<br>Sioux Falls, SD 57117-5129 | Wells Fargo Bank, N.A., Wells Fargo Card Ser<br>PO Box 10438, MAC F8235-02F<br>Des Moines, IA  50306-0438 | Wells Fargo Platinum Visa<br>PO Box 5058<br>Portland, OR 97208-5058 |
| Benjamin G Martin +<br>Law Offices of Benjamin Martin<br>3131 S. Tamiami Trail, Suite 101<br>Sarasota, FL 34239-5101 | United States Trustee - FTM7/13 7+<br>Timberlake Annex, Suite 1200<br>501 E Polk Street<br>Tampa, FL 33602-3949 | Michael E Cecil +<br>Jon M Waage, Chapter 13 Trustee<br>PO Box 25001<br>Bradenton, FL 34206-5001 |
| Jon Waage +<br>P O Box 25001<br>Bradenton, FL 34206-5001 | Teresa M Hair +<br>Brock and Scott, PLLC<br>3825 Forrestgate Dr.<br>Winston-Salem, NC 27103-2930 | Nicole Mariani Noel +<br>Kass Shuler, P.A.<br>PO Box 800<br>Tampa, FL 33601-0800 |
| Chad C Spraker +<br>United States Attorney's Office<br> 2110 First Street, Suite 3-137<br>Fort Myers, FL 33901-3011 | George Steven Zamora +<br>Kass Shuler PA<br>1505 North Florida Avenue<br>Tampa, FL 33602-2654 | Jennifer Ivey +<br>Walker Gressette & Linton, LLC<br>P.O. Box 22167<br>Charleston, SC 29413-2167 |

Note: Entries with a '+' at the end of the
name have an email address on file in CMECF

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Internal Revenue Service<br>SBSE Insolvency T2-SA/SE Grp1<br>400 West Bay St., Mail Stop 5730<br>Stop 5730-GRP 1<br>Jacksonville, FL 32202-4437 | American Honda Finance Corporation<br>National Bankruptcy Center<br>P.O. Box 168088<br>Irving, TX 75016-8088 | Diesel Funding LLC<br>1100 N.E.  163rd Street<br>Miami, FL 33162 |
| Discover<br>Attn: Bankruptcy<br>P.O. Box 30949<br>Salt Lake City, UT 84130-0939 | Portfolio Recovery Associates, LLC<br>PO Box 41067<br>Norfolk, VA 23541 | (d)Portfolio Recovery Associates, LLC<br>POB 41067<br>Norfolk VA 23541 |
| South State Bank, N.A<br>1 Corporate Drive, Suite 360<br>Lake Zurich, IL 60047 | Sunbelt Rental<br>2341 Deerfield DRIVE<br>Fort Mill, SC 29708 | U.S. Bank National Association<br>Bankruptcy Department<br>PO Box 108<br>Saint Louis MO 63166-0108 |
| (d)US Bank<br>P.O. Box 6352<br>Fargo, ND 58125-6352 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)ACAR Leasing LTD d/b/a GM Financial Leasin<br>P.O. Box 183853<br>Arlington, TX 76096-3853 | (d)Kimberly Whelpley<br>8345 Palmetto Road<br>Edisto Island, SC 29438-6919 | End of Label Matrix<br>Mailable recipients    72<br>Bypassed recipients     2<br>Total                  74 |