```
Label Matrix for local noticing          ACAR Leasing Ltd. d/b/a GM Financial Leasing    Acar Leasing Ltd, Inc., D/B/A Gm Financial L
113A-2                                   P O Box 183853                                  4000 Embarcadero Drive
Case 2:23-bk-01370-FMD                   Arlington, TX 76096-3853                        Arlington, TX 76014-4101
Middle District of Florida
Ft. Myers
Wed Jun  4 15:23:23 EDT 2025

(p)INTERNAL REVENUE SERVICE              PRA  Receivables Management LLC                 SouthState Bank, N.A.
CENTRALIZED INSOLVENCY OPERATIONS        POB 41067                                       c/o Nicole Mariani Noel
PO BOX 7346                              Norfolk, VA 23541-1067                          P.O. Box 800
PHILADELPHIA PA 19101-7346                                                               Tampa, FL 33601-0800


United States Trustee - FTM7/13 7        ACAR Leasing Ltd. d/b/a GM Financial            (p)AMERICAN HONDA FINANCE
Timberlake Annex, Suite 1200             P O Box 183853                                  P O BOX 168088
501 E Polk Street                        Arlington, TX 76096-3853                        IRVING TX 75016-8088
Tampa, FL 33602-3949


Bank of America                          Barclays Bank                                   CW Diamond
P.O. Box 851001                          P.O. Box 8802                                   5306  Six Forks RD
Dallas, TX 75285-1001                    Wilmington, DE 19899-8802                       Raleigh, NC 27609-4467



Capital One                              Capital One N.A.                                Churchill Group
PO Box 30285                             by American InfoSource as agent                 4770 Duke Drive, Suite #190
Salt Lake City, UT 84130-0285            PO Box 71083                                    Mason, OH 45040-9376
                                         Charlotte, NC  28272-1083


CitiBank                                 Citibank, N.A.                                  Coastal Resource Staffing LLC
PO Box 6500                              5800 S Corporate Pl                             c/o Kimberly Whelpley, its Member
Sioux Falls, SD 57117-6500               Sioux Falls, SD  57108-5027                     66 Hasell St.
                                                                                         Charleston, SC 29401-1616


Covered Care                             Delta Capital                                   Department of Revenue
Westlake Portfolio Management            2802 N. 29 Ave                                  PO Box 6668
P O Box 847405                           Hollywood, FL 33020-1506                        Tallahassee, FL 32314-6668
Los Angeles, CA 90084-4712


(p)DIESEL FUNDING LLC                    (p)DISCOVER FINANCIAL SERVICES LLC              Discover Bank
ATTN AVI GRUENSTEIN                      PO BOX 3025                                     P.O. Box 3025
633 NE 167TH STREET                      NEW ALBANY OH 43054-3025                        New Albany, Oh 43054-3025
STE 1205
NORTH MIAMI BEACH FL 33162-2449

Fox Capital Group                        Fuel Express Fleet                              Fundamental Capital, LLC
1145 S. 800 E.                           820 A Johnnie Dodds Blvd                        20803 Biscayne Blvd. Suite 300
Orem, UT 84097-7281                      Mount Pleasant, SC 29464-3158                   Aventura, FL 33180-1431



Green Sky Loan program                   Greensky,LLC                                    Internal Revenue Service
P.O. Box 2730                            3155 Royal Drive Suite 175                      Centralized Insolvency Ops
Alpharetta, GA 30023-2730                Alpharetta, GA 30022-2479                       PO Box 7346
                                                                                         Philadelphia, PA 19101-7346
```

| | | |
|---|---|---|
| Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Intuit Out Scource<br>Jay Shaw & Richard James & Assoc.<br>4317 NE Thurston Way Suite 270<br>Vancouver, WA 98662-6673 | Jennifer S. Ivey<br>66 Hasell Street<br>Charleston, SC 29401-1616 |
| Kimberely Whelpley<br>C/o Ross A. Appel, Esq<br>2036 ewall Street<br>Mount Pleasant, SC 29464-3076 | Kimberly Whelpley<br>8345 Palmetto Road<br>Edisto Island, SC 29438-6919 | LVNV Funding, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 |
| Lending Club<br>595 Market Street<br>Suite 200<br>San Francisco, CA 94105-5839 | LendingClub Bank, NA<br>P.O. BOX 884268<br>Los Angeles, CA 90088-4268 | National Trench Safety<br>260 N Sam Huston Hwy W #200<br>Houston, TX 77060 |
| ODK Capital<br>175W Jackson Blvd, Ste. 1000<br>Chicago, IL 60604-2863 | ODK Capital, LLC<br>1400 Broadway<br>New York, NY 10018-5300 | Pinnacle Business Funding<br>1777 Reisterstown Rd<br>Pikesville, MD 21208-1313 |
| Plasticade<br>100 Howard Ave<br>Des Plaines, IL 60018-1958 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | QBE Insurance<br>One QBE Way<br>Sun Prairie, WI 53596-0002 |
| Site 20/20<br>24 Akerley Blvd #1<br>Dartmouth. NS<br>B3B 1J3, Canada | Site 2020 Incorporated<br>c/o Michael C. O'Neill, Esq.<br>Hodgson Russ LLP<br>140 Pearl Street, Suite 100<br>Buffalo, NY 14202-4040 | Site Safe Products<br>P O Box 4309<br>Leitchfield, KY 42755-4309 |
| (p)DOVENMUEHLE MORTGAGE<br>1 CORPORATE DRIVE SUITE 360<br>LAKE ZURICH IL 60047-8945 | Star Cleaning USA<br>12054 NW 98th Ave<br>Hialeah, FL 33018-2964 | (p)SUNBELT RENTALS INC<br>ATTN BETH MONTGOMERY<br>1799 INNOVATION POINT<br>FORT MILL SC 29715-4556 |
| Synchrony Bank<br>P O Box 71783<br>Philadelphia, PA 19176-1783 | Synchrony Bank<br>by AIS InfoSource LP as agent<br>PO Box 4457<br>Houston, TX 77210-4457 | (p)US BANK<br>PO BOX 5229<br>CINCINNATI OH 45201-5229 |
| United States Trustee<br>501 E.Polk St., Ste 1200<br>Tampa, FL 33602-3945 | Value Staffing Resource Group, LLC<br>800 Oak Ridge Tpke. Ste A-500<br>Oak Ridge, TN 37830-6950 | Wellen Capital<br>872 S. Milwaukee Ave<br>Libertyville, IL 60048-3227 |
| Wells Fargo Bank Small Business Lending Divi<br>P.O. Box 29482 MAC S4101-08C<br>Phoenix, AZ 85038-9482 | Wells Fargo Bank, N.A.<br>MACF2303036<br>PO Box 5129<br>Sioux Falls, SD 57117-5129 | Wells Fargo Bank, N.A., Wells Fargo Card Ser<br>PO Box 10438, MAC F8235-02F<br>Des Moines, IA 50306-0438 |

| | | |
|---|---|---|
| Wells Fargo Platinum Visa<br>PO Box 5058<br>Portland, OR 97208-5058 | Benjamin G Martin<br>Law Offices of Benjamin Martin<br>3131 S. Tamiami Trail, Suite 101<br>Sarasota, FL 34239-5101 | Edgar Clarence Godfrey III<br>510 Via Cintia<br>Punta Gorda, FL 33950-5253 |
| Jon Waage<br>P O Box 25001<br>Bradenton, FL 34206-5001 | Nancy Jo Godfrey<br>510 Via Cintia<br>Punta Gorda, FL 33950-5253 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Internal Revenue Service<br>SBSE Insolvency T2-SA/SE Grp1<br>400 West Bay St., Mail Stop 5730<br>Stop 5730-GRP 1<br>Jacksonville, FL 32202-4437 | American Honda Finance Corporation<br>National Bankruptcy Center<br>P.O. Box 168088<br>Irving, TX 75016-8088 | Diesel Funding LLC<br>1100 N.E. 163rd Street<br>Miami, FL 33162 |
| Discover<br>Attn: Bankruptcy<br>P.O. Box 30949<br>Salt Lake City, UT 84130-0939 | Portfolio Recovery Associates, LLC<br>PO Box 41067<br>Norfolk, VA 23541 | (d)Portfolio Recovery Associates, LLC<br>POB 41067<br>Norfolk VA 23541 |
| South State Bank, N.A<br>1 Corporate Drive, Suite 360<br>Lake Zurich, IL 60047 | Sunbelt Rental<br>2341 Deerfield DRIVE<br>Fort Mill, SC 29708 | U.S. Bank National Association<br>Bankruptcy Department<br>PO Box 108<br>Saint Louis MO 63166-0108 |
| (d)US Bank<br>P.O. Box 6352<br>Fargo, ND 58125-6352 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)ACAR Leasing LTD d/b/a GM Financial Leasin<br>P.O. Box 183853<br>Arlington, TX 76096-3853 | (d)Kimberly Whelpley<br>8345 Palmetto Road<br>Edisto Island, SC 29438-6919 | End of Label Matrix<br>Mailable recipients    64<br>Bypassed recipients     2<br>Total                   66 |