UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

In re:

EDGAR C. GODFREY
NANCY J. GODFREY                                             Case No.: 2:23-bk- 01370-FMD

Debtors

_____/


**DEBTOR, NANCY GODFREY'S, OBJECTION TO PROOF OF CLAIM**
**OF KIMBERLY WHELPLEY, PROOF OF CLAIM NO. 21-3**

---

NOTICE OF OPPORTUNITY
TO OBJECT AND REQUEST FOR HEARING

If you object to the relief requested in this paper you must file a response with the Clerk of Court at Sam M. Gibbons U.S. Courthouse, 801 N. Florida Avenue, Suite 555, Tampa, FL 33602-3899 within thirty (30) days from the date of the attached proof of service, plus an additional three days if this paper was served on any party by U.S. Mail

If you file and serve a response within the time permitted, the Court will either notify you or a hearing date of the Court will consider the response and grant or deny the relief required in this paper without a hearing. If you do not file a response within the time permitted, the Court will consider that you do not oppose the relief requested in the paper, and the Court may grant or deny the relief requested without further notice of hearing.

**You should read these papers carefully and discuss them with your attorney if you have one. If the paper is an objection to your claim in this bankruptcy case, your claim may be reduced, modified, or eliminated if you do not timely file and serve a response.**

---

COMES NOW, the Debtor, NANCY J. GODFREY, by and through the undersigned attorney, and pursuant to F.R.B.P. 3007 and 9014, objects to the Proof of Claim of Kimberly Whelpley, Claim No. 21-3 in the amount of $885,831.77, and states as grounds the following:

1. This claim is asserted as an unsecured claim.

    2. The claim is unenforceable as a claim against the Debtor, Nancy Godfrey, or property of Nancy Godfrey, under any agreement or applicable law.

    3. The claim is unenforceable against the Debtor because the obligation is an obligation of Coastal Safety Products, Coastal Resource Staffing and/or Edgar Godfrey only.

    WHEREFORE, the Debtor respectfully requests this Honorable Court to disallow this Proof of Claim against Nancy Godfrey, and to order such other and further relief as is just and proper.

    Dated this 4th day of June, 2025.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of this Objection to Proof of Claim of Kimberly Whelpley, Claim No. 21-3 has been served electronically or by regular U.S. mail to the United States Trustee, 501 E. Polk Street, Suite 1200, Tampa, Florida 33602; Chapter 13 Trustee, Jon M. Waage, P.O. Box 25001, Bradenton, FL 34206-5001; Kimberly Whelpley, 8345 Palmetto, Road, Edisto Island, SC 29438; Jennifer Ivey, Attorney for Kimberly Whelpley, Walker Gressette & Linton, LLC, 66 Hasell Street, Charleston, SC 29401; and the Debtor, Nancy Godfrey, 510 Via Cintia, Punta Gorda FL 33952 on this day of 4th day of June, 2025.

                                                    /s/ Benjamin G. Martin  
                                                    Benjamin G. Martin  
                                                    Attorney at Law  
                                                    3131 S. Tamiami Trail. Suite 101  
                                                    Sarasota, Florida 34239  
                                                    (941) 951-6166  
                                                    Florida Bar No. 464661  
                                                    skipmartin@verizon.net