**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**

**IN RE: EDGAR CLARENCE GODFREY, III; NANCY JO GODFREY**
    **CASE NO.: 2301370**      **CHAPTER: 13**
**Debtor(s).**
**SSN/Tax ID: 3541**
**Employer ID:**

### Notice of Withdrawal of Proof of Claim

Please be advised that Claim #13 filed on 01/11/2024 in the amount of $628.10 on behalf of Wells Fargo Bank, N.A. is being withdrawn as the claim was filed in error. Please use this notice as formal notification of the withdrawal of the Proof of Claim.

/s/ Ivory L. Weinman
Ivory L. Weinman
Bankruptcy Specialist
Wells Fargo Bank, N.A.
MAC F8235-02F
PO Box 10438
Des Moines, IA 50306-0438
Telephone: 800-847-8899
Fax: 866-659-7892