# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# FT. MYERS DIVISION

| | |
|---|---|
| In re: ) | |
| ) | |
| Nancy Jo Godfrey, ) | Case No. 2:23-BK-01370-FMD |
| ) | Chapter 13 |
| Debtor. ) | |
| ) | |

## NOTICE OF PRELIMINARY HEARING

NOTICE IS HEREBY GIVEN THAT:

1. A hearing will be held Fort Myers Federal Building and Federal Courthouse, Room 4-102, Hearing Room, 2110 First Street, Fort Myers, Florida **on August 7, 2025,** at **3:00 P.M.** before the Honorable Caryl E. Delano, United States Bankruptcy Judge to consider and act upon the following matter: **Objection to Debtor's Claim of Exemptions (Doc. No. 81).**

2. Unless otherwise notified, Judge Delano will conduct all Fort Myers hearings by Zoom from Tampa Courtroom 9A. Parties may attend the hearing by video or telephone via Zoom. UNLESS INSTRUCTED OTHERWISE, PARTIES MAY NOT APPEAR IN PERSON AT THE FT. MYERS COURTHOUSE. Parties are directed to consult Judge Delano's *Procedures Governing Court Appearances* regarding policies and procedures for attendance at hearings by video or telephone via Zoom, available at https://www.flmb.uscourts.gov/judges/delano. If you are unable to access the court's website, please contact the Courtroom Deputy at 813-301-5195 no later than 3:00 P.M. one business day before the date of hearing.

3. Any party opposing the relief sought at this hearing, must appear at the hearing or any objections or defenses may be deemed waived.

4. The court may continue this matter upon announcement made in open court and reflected on the docket without further written notice.

Respectfully submitted,

*/s/ Jennifer S. Ivey*
**Jennifer S. Ivey (Fla. Bar No. 116192)**
Direct: (843) 727-2216
Email: Ivey@WGLFIRM.com

**WALKER GRESSETTE & LINTON, LLC**
Mail: P.O. Drawer 22167, Charleston, SC 29413
Office: 66 Hasell Street, Charleston, SC 29401
Phone: (843) 727-2200

*Counsel for Creditors Kimberley Whelpley and Coastal Resource Staffing, LLC*

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of this NOTICE OF PRELIMINARY HEARING has been served on July 11, 2025, on:

Via CM/ECF

Chapter 13 Trustee
Jon M. Waage
P.O. Box 25001
Bradenton, FL 34206-5001

Benjamin G. Martin
3131 S. Tamiami Trail, Suite 101
Sarasota, FL 34239

And will be served Via U.S. Mail on July 14, 2025 on the following parties:

Nancy Godfrey
510 Via Cintia
Punta Gorda FL 33952

United States Trustee
501 E. Polk Street, Suite 1200
Tampa, Florida 33602

*/s/ Jennifer S. Ivey*
Jennifer S. Ivey