# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# FORT MYERS DIVISION

In re:

Edgar Clarence Godfrey, III
Nancy Jo Godfrey,

        Debtors.

Case No. 2:23-bk-01370-FMD
Chapter 13

_____/

## NOTICE OF WITHDRAWAL OF PROOF OF CLAIM

The United States of America, on behalf of the Internal Revenue Service, hereby withdraws a claim of $256,841.49 against Nancy Godfrey.  As noted in its July 16, 2025, amended proof of claim, IRS's claim against Nancy Godfrey—the only remaining debtor in this Chapter 13 case—is being withdrawn.  (Claim 2-4 at 4.)

DATED this 16th day of July, 2025.

    Respectfully submitted,

    GREGORY W. KEHOE
    United States Attorney

By:   /s/ *Chad C. Spraker*
    Chad C. Spraker
    Assistant United States Attorney
    USA No. 198
    2110 First Street, Suite 3-137
    Fort Myers, Florida 33901
    Telephone: (239) 461-2200
    Facsimile: (407) 461-2219
    Email: chad.spraker@usdoj.gov

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on July 16, 2025, a copy of the foregoing was filed with the Court using the Court's CM/ECF filing system, which will send an electronic notice of filing to the following:

Benjamin G Martin
Attorney for Debtors
skipmartin@verizon.net

Jon Waage
Chapter 13 Trustee
jwflecf@trustee13.com
michael.cecil@tampa13.com

United States Trustee
USTPRegion21.TP.ECF@USDOJ.GOV

                                          */s/ Chad C. Spraker*
                                          CHAD C. SPRAKER
                                          Assistant United States Attorney