ORDERED.

Dated: October 10, 2025

Luis E. Rivera
United States Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# FORT MYERS DIVISION
www.flmb.uscourts.gov

In re:   Case No. 2:23-bk-01370-FMR
         Chapter 13

Nancy Jo Godfrey

　　Debtor.
_____/

## ORDER GRANTING CREDITOR'S MOTION TO
## DISMISS WITH A TWO-YEAR BAR AS TO RE-FILING

THIS CASE came on for a hearing September 25, 2025 upon the Creditor's Motion to Dismiss (Doc. No. 94). The Court finds that dismissing this case is in the best interest of creditors and the estate. Accordingly, it is

**ORDERED:**

1. The Creditor's Motion to Dismissed (Doc. No. 94) is hereby **GRANTED**.

2. This case is dismissed effective September 25, 2025, with a two-year bar as to refiling, without prejudice to Debtor converting to a Chapter 7 case within fourteen (14) days from the date of this order.

3. The Clerk is directed not to accept any bankruptcy petition filed by the Debtor prior to September 25, 2027.[1]

---

[1] If the Debtor seeks relief from this order, the Debtor may file a motion for the same in this case. If, however, this case is closed when such motion is filed, the Debtor will first need to pay the reopening fee.

4. **ALL STATE COURT JUDGES AND CLERKS ARE NOTIFIED:**

**THE FILING OF A BANKRUPTCY CASE BY THE DEBTOR PRIOR TO SEPTEMBER 25, 2027, WILL NOT CAUSE THE AUTOMATIC STAY TO BECOME OPERATIVE AND WILL NOT, THEREFORE, PROVIDE GROUNDS TO STOP ANY SCHEDULED FORECLOSURE SALE OR OTHER COURT PROCEEDING WITH RESPECT TO ANY PROPERTY OWNED OR OCCUPIED BY THE DEBTOR AT THAT TIME.**

5. All pending hearings are canceled with the exception of any scheduled hearing on a motion for relief from stay that is currently scheduled for hearing within 14 days of the date of this Order or on an Order to Show Cause over which the Court hereby reserves jurisdiction.

6. **Refund of Plan Payments if Case is Dismissed or Converted.** If this case was dismissed or converted to a case under Chapter 7 or Chapter 11, the Trustee shall refund to Debtor(s) any undisbursed funds in the Trustee's possession as follows:

   a. If this case was dismissed or converted prior to confirmation of the Plan:

   i. The Trustee shall subtract the amounts set forth in any filed applications for unpaid administrative expense claims, including Debtor(s) attorney(s) filed application for fees, from the refund.

   ii. Applications for administrative expense claims, including applications for Debtor(s) attorney(s) fees, shall be filed no later than 14 days after initial entry of the order dismissing or converting the case.

   iii. After the aforementioned 14-day period for filing administrative expense claims has expired, the Trustee shall issue the refund payable to Debtor(s). If Debtor(s) is represented by an attorney, the Trustee shall send the refund to the Debtor(s) in care of Debtor(s) attorney.

   iv. The Court reserves jurisdiction to determine timely filed applications for administrative expenses.

   b. If this case was dismissed or converted after the Plan had been confirmed, and Notwithstanding any other Court orders, the Trustee shall issue the refund, made payable to the Debtor(s), as soon as practicable. If Debtor(s) is represented by an attorney, the Trustee shall send the refund to the Debtor(s) in care of Debtor(s) attorney.

   c. The Trustee shall thereafter file his final report. Upon the filing of the final report, the Trustee will be discharged of all duties as Trustee.

      7.      Debtor, the Trustee, or any party in interest may, within 14 days of the date of this Order, file a motion requesting the Court to examine the fees paid to Debtor's attorney and for the disgorgement of any portion of the fees deemed excessive. The Court shall retain jurisdiction for this purpose.

Trustee, Daryl J. Smith, is directed to serve a copy of this order on interested parties who do not receive service by CM/ECF and file a proof of service within 3 days of entry of the order.

DJS/MEC/ss                                                                                         C13T 10/10/25